MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:   David Richard Dozark
           Jamila Rabia Boutni-Dozark

Chapter 7

Case No. 08-31095

Please Check One:

____   Unclaimed Dividends

_X_   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 6 | $274.86 | |

Date: January 14, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

Rec# 1699